**Continuing Abatement Order filed June 13, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-13-00210-CV
_____

**BEVERLY LOU KNEISLEY, Appellant**

**V.**

**LUIS A. JIMENEZ, JR., Appellee**

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2010-06662**

## ABATEMENT ORDER

This is an appeal of a judgment signed February 22, 2013.  Notice was filed on March 20, 2013 that Santa Fe Auto Insurance Company, which insures appellant, has been placed into receivership by the State of Texas.  On February 28, 2013, the State of Texas asked the Commissioner of Insurance for the State of Texas to place Santa Fe Auto Insurance Company into rehabilitation pursuant to chapter 443 of the Texas Insurance Code.  The State also requested a permanent

injunction and automatic stay of litigation pursuant to section 443.008 of the Texas Insurance Code.

On March 8, 2013, the 419th District Court of Travis County, Texas entered a rehabilitation order in *State of Texas v. Santa Fe Auto Insurance Company*, Cause No. D-1-GV-13-000204. The court appointed the Texas Commissioner of Insurance as the rehabilitator for Santa Fe Auto Insurance Company. The rehabilitation order also issued automatic stays with respect to actions against insureds of Santa Fe Auto Insurance Company as specified in section 443.008(d) of the Texas Insurance Code. Accordingly, we granted appellant's motion for stay of this appeal. The appeal was abated for ninety days from the entry of the rehabilitation order, until June 6, 2013.

On April 25, 2013, appellant notified this court that on April 5, 2013, Santa Fe Insurance Company was designated an impaired insurer, pursuant to Official Order No. 2432. *See* Tex. Ins. Code. § 462.309. Accordingly, this appeal is abated until **October 5, 2013.**

For administrative purposes only, and without surrendering jurisdiction, the appeal is abated and treated as a closed case until October 5, 2013, or further order of this court.

PER CURIAM